# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06103 | (860) 548-2700 | October 18, 2022 |

| ☒ Judicial District / ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Hartford | Case type code (See list on page 2) Major: M  Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (860) 296-3457 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): mreilly@cicchielloesq.com

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Sharmel Jackson<br>Address: c/o: Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Amazon.com Services LLC<br>Address: 410 Terry Avenue North, Seattle, WA 98109 | D-01 |
| Additional Defendant | Name: Agent: Corporation Service Co., 225 Asylum Street, 20th Floor, Hartford, CT 06103<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court / ☐ Assistant Clerk | Name of Person Signing at Left Michael J. Reilly | Date signed 09/20/2022 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.
   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  | C 10 | Construction - State and Local |  | T 03 | Defective Premises - Private - Other |
|  | C 20 | Insurance Policy |  | T 11 | Defective Premises - Public - Snow or Ice |
|  | C 30 | Specific Performance |  | T 12 | Defective Premises - Public - Other |
|  | C 40 | Collections |  | T 20 | Products Liability - Other than Vehicular |
|  | C 90 | All other |  | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation |  | T 29 | Malpractice - Legal |
|  | E 10 | Redevelopment Condemnation |  | T 30 | Malpractice - All other |
|  | E 20 | Other State or Municipal Agencies |  | T 40 | Assault and Battery |
|  | E 30 | Public Utilities & Gas Transmission Companies |  | T 50 | Defamation |
|  | E 90 | All other |  | T 61 | Animals - Dog |
|  |  |  |  | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction |  | T 70 | False Arrest |
|  | M 10 | Receivership |  | T 71 | Fire Damage |
|  | M 20 | Mandamus |  | T 90 | All other |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | M 40 | Arbitration |  | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
|  | M 50 | Declaratory Judgment |  | V 05 | Motor Vehicles* - Property Damage only |
|  | M 63 | Bar Discipline |  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |  | V 09 | Motor Vehicle* - All other |
|  |  |  |  | V 10 | Boats |
|  | M 68 | Bar Discipline - Inactive Status |  | V 20 | Airplanes |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |  | V 30 | Railroads |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |  | V 40 | Snowmobiles |
|  |  |  |  | V 90 | All other |
|  | M 83 | Small Claims Transfer to Regular Docket |  |  | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
|  | M 84 | Foreign Protective Order |  |  |  |
|  | M 90 | All other |  |  |  |
| Property | P 00 | Foreclosure |  |  |  |
|  | P 10 | Partition | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | P 20 | Quiet Title/Discharge of Mortgage or Lien |  | W 90 | All other |
|  | P 30 | Asset Forfeiture |  |  |  |
|  | P 90 | All other |  |  |  |

| | | |
|---|---|---|
| RETURN DATE: OCTOBER 18, 2022 | : | SUPERIOR COURT |
| SHARMEL JACKSON | : | JUDICIAL DISTRICT |
| V. | : | OF HARTFORD |
| AMAZON.COM SERVICES LLC | : | SEPTEMBER 20, 2022 |

## COMPLAINT

**FIRST COUNT:** Disability Discrimination in violation of Conn. Gen. Stat. § 46(a)-60(b)(1)

1. At all times set forth herein, the Plaintiff, Sharmel Jackson, was a resident of Hartford, Connecticut.

2. At all times set forth herein, the Defendant, Amazon.com Services LLC, was a limited liability company incorporated under the laws of the State of Delaware.

3. Defendant is an on-line retailer with distribution facilities located throughout the United States, including one located in Windsor, Connecticut.

4. Plaintiff suffers from epilepsy, a neurological disorder characterized by recurrent, unprovoked seizures.

5. The Plaintiff experiences these epileptic seizures approximately 3 – 4 times per month.

6. When the Plaintiff has a seizure, he has difficulty inhaling and exhaling and he can bite his tongue. This type of seizure is called a "petite" seizure.

7. The Plaintiff also occasionally suffers from larger seizures in which the Plaintiff may fall down, lose consciousness, and suffer involuntary muscle contractures.

8. Plaintiff was hired by Defendant in or about July of 2021, in the position of Warehouse Associate.

9. When the Plaintiff applied to Defendant, he disclosed his medical condition on the application so the Defendant was aware of, or should have been aware of Plaintiff's condition.

10. Plaintiff also gave Defendant Human Resources ("HR") notes and documents from his primary care physician that detailed his condition and stated that the condition would not affect his work.

11. When Plaintiff suffered a seizure, he would typically require approximately ten minute or less to recover and be able to resume his prior activities.

12. Because of Defendant's relentless focus on productivity, when Plaintiff did suffer seizures while working for the Defendant he did not take any break and continued working, despite his seizure, for fear he would be terminated.

13. On or about November 15, 2021, the Defendant terminated Plaintiff due to his medical condition.

14. The Plaintiff was admitted to the hospital for four days because he had a seizure due to his condition. The Plaintiff was out of work for four days due to his hospital and he gave Defendant doctor's notes corroborating his hospitalization, but he was nonetheless terminated.

15. The Plaintiff's termination was quickly reversed by Defendant and Plaintiff was rehired after they discussed with their HR department and the HR department spoke to Plaintiff about his condition.

16. On more than one occasion, Plaintiff's supervisor told the Plaintiff that, "I do not want to get in trouble" and that he did not want Plaintiff working for him due to his medical condition.

17. On or about December 24, 2021, the Plaintiff experienced a petite seizure at work and was in a lot of pain but continued to work through it.

2

18. At approximately 7:30 PM on or about December 24, 2021, the Plaintiff was told he could go home a little early and that Defendant was giving him voluntary time off for the holidays. Plaintiff clocked out and left work.

19. On or about December 28, 2021, while still on time off, Plaintiff received an email from Defendant company informing him that he was being terminated for "tardiness."

20. Plaintiff tried to appeal the termination, but HR was exceedingly rude and dismissive of the Plaintiff and told him that it was "none of [their] concern" and that the "termination was justified." The HR department then used Plaintiff's prior termination, that had been reversed, as justification for his termination.

21. The Plaintiff had never been late to work or called out sick beyond those four days he was in the hospital due to his medical condition.

22. The Plaintiff was an exemplary employee with no disciplines in the time he worked for the Defendant.

23. The Plaintiff was at all times qualified for and capable of performing the essential functions of his job, with or without accommodations.

24. Defendants terminated the Plaintiff motivated by his medical disability in violation of Conn. Gen. Stat. § 46a-60(b)(1).

25. As a result of the foregoing conduct of the Defendant, the Plaintiff was caused to suffer monetary damages including, but not limited to, lost wages.

26. As a further result of the foregoing conduct of the Defendant, the Plaintiff was caused to suffer non-economic losses and damages.

27. As a further result of the foregoing conduct of the Defendant, the Plaintiff has incurred, or will incur, attorney's fees and costs.

28.  Prior to commencing this Action, Plaintiff filed a charge with the Commission on Human Rights and Opportunities. The plaintiff received a Release of Jurisdiction on or about August 31, 2022, which is attached hereto as *Exhibit A*, as such, Plaintiff has exhausted his administrative remedies and this Action is timely.

**SECOND COUNT:**   Failure to Accommodate in violation of Conn. Gen. Stat. § 46(a)-60(b)(1)

1.  The Plaintiff repeats and re-alleges Paragraphs 1 through 23 of the First Count above as Paragraphs 1 through 23 of this Second Count as if fully set forth herein.

24.  The Defendant failed to provide Plaintiff with a disability-related accommodation and / or terminated Plaintiff's employment as a means of denying Plaintiff a disiability related accommodation, in violation of Conn. Gen. Stat. §46a-60(b)(1).

25.  As a result of the foregoing conduct of the Defendant, the Plaintiff was caused to suffer monetary damages including, but not limited to, lost wages.

26.  As a further result of the foregoing conduct of the Defendant, the Plaintiff was caused to suffer non-economic losses and damages.

27.  As a further result of the foregoing conduct of the Defendant, the Plaintiff has incurred, or will incur, attorney's fees and costs.

28.  Prior to commencing this Action, Plaintiff filed a charge with the Commission on Human Rights and Opportunities. The plaintiff received a Release of Jurisdiction on or about August 31, 2022, which is attached hereto as *Exhibit A*, as such, Plaintiff has exhausted his administrative remedies and this Action is timely.

***WHEREFORE,*** the Plaintiff demands the following:

1. Money damages;

2. Reinstatement or front pay;

3. Costs of this action and attorney's fees;

4. Punitive damages;

5. Such other relief as the court deems just and appropriate.

THE PLAINTIFF
SHARMEL JACKSON

By: _____
Michael J. Reilly
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: 860-296-3457
Fax: 860-296-0676
Juris No. 424778
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

5

| | | |
|---|---|---|
| RETURN DATE: OCTOBER 18, 2022 | : | SUPERIOR COURT |
| SHARMEL JACKSON | : | JUDICIAL DISTRICT |
| V. | : | OF HARTFORD |
| AMAZON.COM SERVICES LLC | : | SEPTEMBER 20, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims the amount of demand in excess of $15,000.00 exclusive of interest and costs.

THE PLAINTIFF
SHARMEL JACKSON

By: *[signature]*
Michael J. Reilly
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: 860-296-3457
Fax: 860-296-0676
Juris No. 424778
Email: mreilly@cicchielloesq.com

TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

6

# **<u>EXHIBIT A</u>**

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES



Sharmel Jackson
**COMPLAINANT**

CHRO No. 2210266
EEOC No. 16A-2022-00493

v.

Amazon.com Services LLC
**RESPONDENT**

### **RELEASE OF JURISDICTION**

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Complainant resides or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought in accordance with this release must be served on the Commission by email at ROJ@ct.gov or by regular U.S. mail at 450 Columbus Blvd. – Suite 2, Hartford, CT 06103 at the same time all other parties are served. Service by email is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** August 31, 2022

Tanya A. Hughes, Executive Director

cc: Emanuele R. Cicchiello, Esq., via email: manny@cicchielloesq.com
    Elizabeth R. McKenna, Esq., via email: emckenna@littler.com