# EXHIBIT B

| | |
|---|---|
| DOC. NO.: | : SUPERIOR COURT |
| | : |
| SHARMEL JACKSON | : JUDICIAL DISTRICT OF HARTFORD |
| v. | : |
| | : |
| AMAZON.COM SERVICES LLC | : |
| | : OCTOBER 25, 2022 |

## NOTICE TO THE COURT CLERK OF FILING NOTICE OF REMOVAL

TO:   CLERK OF THE SUPERIOR COURT OF THE STATE OF CONNECTICUT,

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned action from the Superior Court of the State of Connecticut, Judicial District of Hartford, was filed on October 25, 2022 with the United States District Court for the District of Connecticut. Defendant Amazon.com Services LLC received a copy of the Summons and Complaint from a process server on September 26, 2022. A true and correct copy of the Notice of Removal, with attachments, is attached hereto.

Respectfully submitted,

**AMAZON.COM SERVICES LLC,**

By its attorneys,

*/s/ Christopher M. Wasil*
Christopher M. Wasil
Morgan, Lewis & Bockius LLP
One State Street
Hartford, CT 06103-3178
Telephone: 860.240.2719
Fax:  860.240.2800
Email:  christopher.wasil@morganlewis.com

Dated:  October 25, 2022

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2022, a copy of the foregoing document was served by e-mail and first-class mail to:

Michael J. Reilly
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel. (860) 296-3457
mreilly@cicchielloesq.com

                                          /s/   *Christopher M. Wasil*
                                               Christopher M. Wasil